IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Wade-Scott Campbell

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

See additional pages

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

RECEIVED & FILED

2026 MAY 19  A 10: 42

Civil No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Wade-Scott Campbell_

Street Address _Apt. # 542 Hammond St_

City and County _Bangor, Penobscot County_

State and Zip Code _Maine, 04412_

Telephone Number

E-mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name _Acadia Hospital / Discovery House_

Job or Title (if known) _Mental Health & MAT_

Street Address _Stillwater St_

City and County _Bangor, Penobscot County_

State and Zip Code _Maine, 04417_

Telephone Number _?_

E-mail Address (if known) _?_

Defendant No. 2

Name _Northern Lights Hospital_

Job or Title (if known) _Hospital Corp_

Street Address _All throughout Maine and US_

City and County _Bangor, Penobscot_

State and Zip Code _Maine, 04412_

Telephone Number _?_

E-mail Address
(if known) _?_

Defendant No. 3

Name _Jacobs Group_

Job or Title
(if known) _Christian For profit + Homeless (o_

Street Address _1 Water Work RD Apt 201_

City and County _Bangor, Penobscot_

State and Zip Code _Maine, 04402_

Telephone Number _?_

E-mail Address
(if known) _?_

Defendant No. 4

Name _Bangor City_

Job or Title
(if known) _Public Health, relations, and sat_
_Board._

Street Address _Throughout Bangor_

City and County _Bangor, Penobscot_

State and Zip Code _Maine, 04412_

Telephone Number _?_

E-mail Address
(if known) _?_

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case.  In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_All that are applie_

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _Jesus Gandrillos_, is a citizen of the State of *(name)* _Maine_. *Or* is a citizen of *(foreign nation)* _?_.

b.    If the defendant is a corporation

The defendant, *(name)* _Bangor_ , is incorporated under the laws of the State of *(name)* _Maine_ , and has its principal place of business in the State of *(name)* _Maine_ . *Or* is incorporated under the laws of *(foreign nation)* _World/Earth_ , and has its principal place of business in *(name)* _United States of America_

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than \$75,000, not counting interest and costs of court, because *(explain):* _Yes its more than $75,000 because my life's Health, Happiness, and welfare are in excess of $75G._

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

_After moving to Bangor in 1995 my life timeline has been altered in ways that cannot be reversed in any way, shape, or form. Thank You_

_05/18/20_

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*damages claims, all W: All punitive, exemplary monetary damages to myself. actual, punitive, and*

## V.    Closing

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *May 19*, 20*26*.

Signature of Plaintiff _____

Printed Name of Plaintiff    *Wade Scott Campbell*