UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| WADE-SCOTT CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00262-JAW |
| | ) | |
| ACADIA HOSPITAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE
MAGISTRATE JUDGE OVER PLAINTIFF'S OBJECTION**

On May 19, 2026, Wade-Scott Campbell filed a civil complaint and motion to proceed in forma pauperis. *Compl. for Civil Case* (ECF No. 1); *App. to Proceed without Prepayment of Fees and Aff.* (ECF No. 2). On May 21, 2026, the United States Magistrate Judge, after granting Mr. Campbell's motion to proceed in forma pauperis and conducting a preliminary review of the complaint, issued a decision recommending dismissal, because Mr. Campell's complaint does not allege any facts that would permit meaningful review or plausibly state a claim for relief. *Recommended Decision after Prelim. Review* at 1-3 (ECF No. 5) (*Recommended Decision*). On June 1, 2026, Mr. Campbell filed his objection to the Magistrate Judge's recommended decision, explaining that he "intend[s] to prove" claims "for discrimination, invasion of privacy, and medical malpractice." *Pl.'s Obj.* (ECF No. 6).

Having performed a de novo review, the Court concludes that the Magistrate Judge's recommended decision correctly recommends Mr. Campbell's complaint be dismissed for the reasons set forth in her recommended decision. Although Mr.

Campbell's objection clarifies in general terms the causes of action he intends to pursue, he did not object to the Magistrate Judge's conclusion that the law requires dismissal because, even when construed liberally under the generous standard for pro se pleadings, his complaint fails to allege any facts that would permit meaningful review. *Recommended Decision* at 2. Indeed, Mr. Campbell's objection offers no facts to support his claims for discrimination, invasion of privacy, and medical malpractice. Moreover, to the extent Mr. Campbell's objection raises new issues, those should have been raised in his complaint.

Accordingly, for the reasons set forth in the recommended decision and in this order, the Court AFFIRMS and ADOPTS the Magistrate Judge's Recommended Decision after Preliminary Review (ECF No. 5). The Court OVERRULES Wade-Scott Campbell's Objection (ECF No. 6) and DISMISSES his Complaint for Civil Case (ECF No. 1).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of June, 2026

2